NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARIA DIAGNOSTICS, INC.,**
*Plaintiff-Appellee,*

v.

**SEQUENOM, INC.,**
*Defendant-Appellant.*

---

2012-1531

---

Appeal from the United States District Court for the Northern District of California in case no. 11-CV-6391, Judge Susan Illston.

---

**ON MOTION**

---

## ORDER

Sequenom, Inc. moves to expedite the briefing schedule, oral argument, and disposition of this appeal. Sequenom states that Aria Diagnostics, Inc. opposes.

Sequenom may of course self-expedite the case by filing its own briefs early. Sequenom has not shown that other deadlines should be shortened.

Accordingly,

2

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

JUL 2 4 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael J. Malecek, Esq.
David I. Gindler, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 4 2012

JAN HORBALY
CLERK